```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ZEV YOURMAN,

                  Plaintiff,                    MEMORANDUM & ORDER
                                                22-CV-4880(EK)(LB)
        -against-

NEW YORK STATE, NEW YORK OFFICE OF
COURT ADMINISTRATION, and JANE DOE,

                  Defendants.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Lois Bloom's *sua sponte* Report and Recommendation ("R&R") dated February 17, 2023.  ECF No. 8.  Judge Bloom recommends that I dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute.  No party has filed objections, and the time to do so has expired.  Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  This action is therefore

dismissed.  The Clerk of Court is respectfully directed to enter judgment and close this case.

    SO ORDERED.

                                                         /s/ Eric Komitee
                                        ERIC KOMITEE
                                        United States District Judge

Dated:    May 31, 2023
            Brooklyn, New York